IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHERYL CALDWELL and
ADVANTAGE ENTERPRISES OF
AMELIA ISLAND, INC., a
Florida corporation,

      Plaintiffs,                  CASE No.: 8:07 CV-01529-JSM-TBM

vs.

THE ALPINE FACTORY, INC.,
a Georgia corporation, DENISE
BARRETT, and DAVID BARRETT,

      Defendants.
_____/

## AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION

THIS CAUSE came on for consideration on the "Stipulation And Joint Motion For Entry Of Agreed Final Judgment And Permanent Injunction" filed by trial counsel for the Plaintiffs, CHERYL CALDWELL and ADVANTAGE ENTERPRISES OF AMELIA ISLAND, INC., and the Defendants, THE ALPINE FACTORY, INC., DENISE BARRETT, and DAVID BARRETT, and, the Court having reviewed the "Stipulation And Joint Motion For Entry Of Agreed Final Judgment And Permanent Injunction," and otherwise being fully advised in the premises, it is

ORDERED AND ADJUDGED that the "Stipulation And Joint Motion For Entry Of Agreed Final Judgment And Permanent Injunction" be, and it is hereby, GRANTED; and it is further

ORDERED AND ADJUDGED that the parties to this action be, and they are hereby, directed to comply with the terms and conditions of the "Settlement Agreement" in all respects; and it is further

ORDERED AND ADJUDGED that the Defendants shall cease all use of the "Saddle Copyright" or any other protectible copyrighted art of the Co-Edikit Collection, as well as any other artistic compilations which are confusingly similar to the "Saddle Copyright" or any other protectible copyrighted in the Co-Edikit Collection, and shall refrain permanently from using said copyrighted art of the Co-Edikit Collection. Within five (5) calendar days from the date of this Order, the Defendants shall destroy any infringing product, if any. By way of example and without limitation, within five (5) calendar days from the date of this Order, the Defendants will remove and destroy all products, if any, from their gift shop, "The Alpine Fantasy" which might in any way infringe on the protectible copyrighted art in the Co-Edikit Collection or "Saddle Copyright"; and it is further

ORDERED AND ADJUDGED that any and all claims and causes of action for damages alleged in the Plaintiffs' Complaint are hereby DISMISSED WITH PREJUDICE, and it is further

ORDERED AND ADJUDGED that, except as set forth in this "Agreed Final Judgment And Permanent Injunction," any and all remaining claims for injunctive and other non-legal relief alleged in the Plaintiffs' "Complaint" are hereby DISMISSED WITH PREJUDICE, and it is further

ORDERED AND ADJUDGED that this Court shall retain jurisdiction over the subject matter of, and all parties to, this action for the purpose of enforcing this "Agreed Final Judgment And Permanent Injunction."

DATED this 3 day of ~~March~~ April, 2008.

U.S. District Judge James Moody, Jr.

Copies to:

Robert E. Puterbaugh, Atty.
Florida Bar No. 120371
rputerbaugh@petersonmyers.com
Peterson & Myers, P.A.
P.O. Box 24628
Lakeland, FL  33802-4628
863/683-6511 - Telephone
Counsel for Plaintiffs

Kimberly A. Benner, Atty.
Florida Bar No. 480118
kbenner@steelelawgroup.com
Thomas T. Steele, Atty.
tsteele@steelelawgroup.com
Florida Bar No. 158613
201 E. Kennedy Blvd., #425
Tampa, Florida 33602
813/223-2060 – Telephone
Counsel for Defendants